## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MELVIN L. JEFFERSON,
ADC #090532                                                    PETITIONER

v.                          No. 5:14-cv-414-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                RESPONDENT

### JUDGMENT

Jefferson's petition is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

29 January 2016